IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**EUGENE M. BROWN, ADC # 88853**                                                          **PLAINTIFF**

v.                                     **CASE NO. 2:14CV00146 BSM**

**J. SIMMONS, Doctor, EARU, ADC et al.**                                             **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Joe J. Volpe have been received. No objections have been filed. After careful consideration, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's complaint [Doc. No. 2] is dismissed without prejudice.

2. All pending motions be denied as moot.

3. It is further certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

DATED this 2nd day of April 2015.

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE